# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161241-2(19)

PEGASUS WIND, LLC,
        Plaintiff-Appellee,

v

TOWNSHIP OF JUNIATA, JUNIATA TOWNSHIP
BOARD OF TRUSTEES, and JUNIATA
TOWNSHIP PLANNING COMMISSION,
        Defendants-Appellants.
_____

GREG ACKERMAN, CHERYL ACKERMAN,
ROGER ADAMS, DIAN ADAMS, TIMOTHY
BARBER, KRISTI BARBER, BRADLEY BARNES,
GINGER BARNES, CAISTER FARMS, INC.,
STELLA CLINESMITH, CUMMINGS-
MONVILLE FARMS, LLC, ZELEM ESTERLINE,
BARBARA ESTERLINE, FARM MANAGEMENT
GROUP, LLC, STAN FESSLER, III, RITA
FESSLER, JOSEPH FESSLER, DEBRA FESSLER,
STEVEN FINDLAY, GARNER LAND CO., LLC,
RONALD GOEBEL, INGRID GOEBEL,
GOODCHILD FAMILY FARMS, LLC, JANSON
LAND COMPANY, LARACHA INVESTMENTS,
LLC, CORI MILLER, SUE LYNN NEARING,
VIRGIL NEARING, BRANDON PALM, HEIKI
PALM, PARAMOUNT ENTERPRISES LAND,
PAUL DOST FARMS, LLC, ROBERT PIKE,
DAVID PRATT, KAREN PRATT, LARRY
RUCKLE, RUSSELL FAMILY LAND CO., LLC,
STARKEY FARMS, INC., ELAINE STOICK,
GORDON TEDFORD, DONNA TEDFORD, KELLY
WRIGHT, FRED HESS, ALBERTA HESS, JAN
HESS, BARB HESS, TOM HESS, and HARLEY
MIKKELSON,
        Plaintiffs-Appellees,

SC: 161241
COA: 351532
Tuscola CC: 19-030703-AA

v

SC: 161242
COA: 351644
Tuscola CC: 19-030723-AA

TOWNSHIP OF JUNIATA, JUNIATA TOWNSHIP
BOARD OF TRUSTEES, and JUNIATA
TOWNSHIP PLANNING COMMISSION,
          Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion to extend the time for filing a reply to the answer of plaintiff-appellee Pegasus Wind, LLC, is GRANTED. The reply submitted on August 4, 2020, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____      _____
August 7, 2020

                                     Clerk